# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2020-0308, <u>Patricia A. Pelletier & a. v. Daniel F. Wyatt</u>, the court on April 15, 2021, issued the following order:**

The defendant's motion to strike the plaintiffs' brief is denied. The plaintiffs' motion to amend their initial brief and appendix, and their motions to extend the time for filing a reply brief, are granted. Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiffs, Patricia A. Pelletier and Richard L. Kalika, appeal the order of the Superior Court (<u>Delker</u>, J.) entering a final decree in their quiet title action against the defendant, Daniel F. Wyatt. The plaintiffs argue that the trial court erred in: (1) dismissing Richard L. Kalika as a plaintiff for lack of standing; (2) granting the defendant a 45-day extension of time to obtain a survey; and (3) entering a final decree despite alleged defects in the surveyor's plan.

As the appealing parties, the plaintiffs have the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the plaintiffs' challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiffs have not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**